```
                           United States Bankruptcy Court
                           Northern District of California
In re:                                                          Case No. 15-40956-CN
Aileen M. Simmons                                               Chapter 13
           Debtor              CERTIFICATE OF NOTICE
District/off: 0971-4          User: mtartagli              Page 1 of 2              Date Rcvd: Jun 05, 2020
                              Form ID: 3180W               Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
```
db            +Aileen M. Simmons,    34329 Marjoram Loop,    Union City, CA 94587-8024
smg           +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
cr            +BAYVIEW LOAN SERVICING, LLC, servicing agent for T,    c/o EDWARD G. SCHLOSS,
                3637 Motor Avenue, Suite 220,    Los Angeles, CA 90034-4884
cr            +Kenneth Associates, Inc,    109 Geary Street., 4th Floor,    San Francisco, CA 94108-5637
cr            +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +VW Credit Leasing, Ltd.,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +VW Credit, Inc.,    C/O Buckley Madole, P.C.,    12526 High Bluff Drive, Suite 238,
                San Diego, CA 92130-2066
14002205       Audi Financial Services,    PO Box 5215,    Carol Stream, IL 60197-5215
14002209      +Boro Law Firm,    345 Franklin Street,    San Francisco, CA 94102-4427
14018809       Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14046891      +Kenneth Associates, Inc.,    109 Geary Street, Fourth,    San Francisco, California 94108-5632
14041863      +Kenneth Associates, Inc.,    Raifsnider Law Offices,    109 Geary Street,    Fourth Floor,
                San Francisco, CA 94108-5632
14030971      +Opportunity Fund Northern California,    111 W. St. John Street, #800,    San Jose, CA 95113-1121
15134463       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                Greenville, SC  29603-0826
14106878      +The Bank of New York Mellon, Trustee (See B10),    Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
14443059      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
14019947      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
14002219      +Virginia Reyes,    3367 Royal Meadow Lane,    San Jose, CA 95135-1626
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: EDD.COM Jun 06 2020 07:28:00      CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Jun 06 2020 07:28:00      CA Franchise Tax Board,
                Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg            EDI: CALTAXFEE Jun 06 2020 07:28:00      State Board of Equalization,    Collection Dept.,
                P.O. Box 942879,    Sacramento, CA  94279
14002206       EDI: TSYS2.COM Jun 06 2020 07:28:00      Barclay Credit Card Services,    PO Box 8801,
                Wilmington, DE 19899-8801
14002208      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 06 2020 04:30:24
                Bayview Loan Servicing,    4425 Ponce de Leon Boulevard, 5th Floor,
                Coral Gables, FL 33146-1873
14096339      +E-mail/Text: bncmail@w-legal.com Jun 06 2020 04:29:56      Cerastes, Llc,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14002218       E-mail/Text: operationsclerk@easypayfinance.com Jun 06 2020 04:28:28      Palomar Associates,
                1959 Palomar Oaks Way,    Carlsbad, CA 92011
14002210      +E-mail/Text: bankruptcy@firstelectronic.com Jun 06 2020 04:30:44      Fry’s,
                280 W. 10200 S. Ste 200,    Sandy, UT 84070-4380
14002211       EDI: IRS.COM Jun 06 2020 07:28:00      Internal Revenue Service,
                Centralized Insolvency Operation,    Post Office Box 21126,    Philadelphia, PA 19114
14002215       EDI: DAIMLER.COM Jun 06 2020 07:28:00      Mercedes Benz Financial Services,    PO Box 5209,
                Carol Stream, IL 60197-5209
14002216      +EDI: DAIMLER.COM Jun 06 2020 07:28:00      Mercedes-Benz Financial Services,    PO Box 77860,
                Fort Worth, TX 76177-0860
14002217      +E-mail/Text: collections@opportunityfund.org Jun 06 2020 04:30:38      Opportunity Fund,
                111 W. St. John Street, #800,    San Jose, CA 95113-1121
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Daimler Trust
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr*           +Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
cr*            THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                Greenville, SC  29603-0826
14002207*      Barclay Credit Card Services,    PO Box 8801,    Wilmington, DE 19899-8801
14002212*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    Centralized Insolvency Operation,
                Post Office Box 21126,    Philadelphia, PA 19114)
14002213*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    Centralized Insolvency Operation,
                Post Office Box 21126,    Philadelphia, PA 19114)
14455968*     +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

```
District/off: 0971-4           User: mtartagli          Page 2 of 2             Date Rcvd: Jun 05, 2020
                               Form ID: 3180W           Total Noticed: 30
```

```
14002204      ##+Alex Henry,    1102 South Abel Street, #311,    Milpitas, CA 95035-9041
14002214      ##+Kenneth & Associates, Inc.,    2014 Judah Street,    San Francisco, CA 94122-1531
                                                                         TOTALS: 2, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
```
              Andrew   Kussmaul     on behalf of Creditor    THE BANK OF NEW YORK MELLON
               Andrew.Kussmaul@BuckleyMadole.com
              Edward G. Schloss     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, servicing agent for The
               Bank of New York Mellon egs2@ix.netcom.com
              Erica   Loftis    on behalf of Creditor    VW Credit Leasing, Ltd. eloftis@scheerlawgroup.com,
               BK.CA@BuckleyMadole.com
              Jamie D. Hanawalt     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2006-IM1) ecfcanb@aldridgepite.com,    jhanawalt@ecf.inforuptcy.com
              Jennifer   Wang    on behalf of Creditor    Daimler Trust jwang@cookseylaw.com,
               jwang@ecf.courtdrive.com
              Mark D. Estle     on behalf of Creditor    VW Credit, Inc. mdestle@estlelaw.com
              Martha G. Bronitsky     13trustee@oak13.com
              Nathan David Borris     on behalf of Debtor Aileen M. Simmons nateborris@gmail.com,
               BorrisNR94995@notify.bestcase.com
              Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Aileen M. Simmons** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6539 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **California Northern Bankruptcy Court** | |
| Case number: | 15–40956 | |

# Order of Discharge                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Aileen M. Simmons
    aka Aileen Magpantay Simmons

<u>6/5/20</u>                                                                          **By the court:**   <u>Charles Novack</u>
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**